| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

COREY JOSEPH SCHUFF, §
§
    Plaintiff, §
§
versus §   CIVIL ACTION NO. 1:23-CV-390
§
OWIGHOWOTO ODUEME, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Corey Joseph Schuff, proceeding *pro se*, filed the above-styled civil rights lawsuit against several defendants. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636 and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the claim against Case Bellows be dismissed pursuant to 28 U.S.C. 1915(e)(2)(B).

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections. After careful consideration, the court is of the opinion the objections are without merit. Plaintiff alleges defendant Bellows denied him due process in connection with a prison disciplinary hearing. As the punishment imposed as a result of the disciplinary conviction did not result in the loss of good conduct time credits and did not subject plaintiff to an atypical and significant hardship in connection with the ordinary incidents of prison life, the punishment plaintiff received did not implicate a protected liberty interest. *Sandin v. Conner*, 515 U.S. 472, 484 (1995). Plaintiff was therefore not entitled to due process and the magistrate judge correctly concluded the claim against defendant Bellows should be dismissed.

**ORDER**

Accordingly, the objections filed by plaintiff in this matter (#13) are **OVERRULED**. The findings of fact and conclusions of law set forth in the report of the magistrate judge (#11) are correct, and the report of the magistrate judge is **ADOPTED**. The claim against defendant Bellows is **DISMISSED**.

SIGNED at Beaumont, Texas, this 29th day of August, 2024.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE